# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI SOUTHERN DIVISION

## MINUTE SHEET

UNITED STATES OF AMERICA        Date: June 19, 2018

vs.        Case No. 17-3114-01-CR-S-MDH

BARRY WRIGHT

Honorable Douglas Harpool, presiding at Springfield, Missouri

Nature of Hearing: Sentencing

Time Commenced: 10:30 a.m.        Time Terminated: 11:03 a.m.

### APPEARANCES

Plaintiff: Patrick Carney, AUSA        Defendant: Ian Lewis, AFPD

Proceedings: Parties appear as indicated, dft in person. No objections to the PSI. Dft accorded allocution. SENTENCE: Dft is committed to the BOP for 18 months on Count 1; followed by 3 years supervised release. No fine. $100 MPA. Special conditions of supervised release imposed. Dft advised of right to appeal. Dft remanded into custody.

COURTROOM DEPUTY: Linda Howard
COURT REPORTER: Jeannine Rankin
USPPTS: Katie Klocksiem